UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES COLEMAN,

       Plaintiff,                               Case No. 15-11536

                                              Paul D. Borman
v.                                             United States District Judge

COUNTY OF OAKLAND, *et al.,*              Elizabeth A. Stafford
                                              United States Magistrate Judge

       Defendants.
_____/

ORDER (1) ADOPTING THE JUNE 12, 2015 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ELIZABETH A. STAFFORD (ECF NO. 8), (2) DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. §§ 1915(e)(2) and 1915A, and (3) DENYING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR APPOINTMENT OF CLASS COUNSEL AS MOOT (ECF NOS. 3, 4)

On June 12, 2015, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to Dismiss Plaintiff's Complaint *Sua Sponte* Pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A and to Deny Plaintiff's Motion for Class Certification and to Appoint Counsel as Moot. (ECF No. 8). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, DISMISSES Plaintiff's Complaint and DENIES AS MOOT Plaintiff's Motion for Class Certification (ECF No. 3) and Motion to Appoint Counsel (ECF No. 4).

IT IS SO ORDERED.

                                                              s/Paul D. Borman
                                                              PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated: September 15, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 15, 2015.

                                          s/Deborah Tofil
                                          Case Manager